| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas

**ENTERED**
February 17, 2022
Nathan Ochsner, Clerk

Kevin-Neal Weimken §
and Greg Weimken, §
  Plaintiffs, §
§
v. § Civil Action H-21-3355
§
Becky Gurrola, Ellen Shelburne, §
Robbin Knebel, Brenda Bundick, §
Steven Weisinger, Larry Currey, §
Otilia Gonzales, and Liz Pirkle, §
  Defendants. §

## Order of Adoption

On January 12, 2022, Magistrate Judge Peter Bray recommended that the court grant Defendants' motions to dismiss (17, 19, 21, 22, 23) and dismiss the case without prejudice for lack of subject matter jurisdiction. No party filed objections. The court adopts the report and recommendation (28) as its memorandum and opinion.

Signed at Houston, Texas, on February 16, 2022.

Lynn N. Hughes
United States District Judge